JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILL WATSON,<br><br>        Petitioner,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Respondent. | Case No. CV 14-9547-KES<br><br>**J U D G M E N T** |

    For the reasons stated in the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is AFFIRMED and this action is DISMISSED with prejudice.

Dated: September 23, 2015

                                                  */s/ Karen E. Scott*

                                                  KAREN E. SCOTT<br>                                                  United States Magistrate Judge